UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:17-cv-21204-KMM

REYNOLD F. DEEB,

    Plaintiff,

v.

GEORGES SAMI SAATI, RANLEY DESIR, M.D., and ADDITIONAL JOHN DOE OWNERS OF MOUN.COM,

    Defendants.
_____/

**AGREED MOTION FOR RELIEF FROM
REQUIREMENT TO FILE A JOINT STATUS REPORT**

Plaintiff REYNOLD F. DEEB ("Plaintiff"), hereby requests that the court relieve the parties from the requirement to file a Joint Status Report, and in support states as follows:

1. On August 26, 2019, the court entered a paperless order [DE 121] requiring the parties to file a Joint Status Report on or before September 13, 2019.

2. On August 30, 2019, Defendant GEORGES SAATI ("Defendant") served upon Plaintiff a Proposal for Settlement pursuant to section 768.79, Florida Statutes and Rule 1.442 of the Florida Rules of Civil Procedure.

3. On September 13, 2019, Plaintiff accepted Defendant's Proposal for Settlement and filed both Plaintiff's Notice of Acceptance and Defendant's Proposal for Settlement [DE 123].

4. The effect of Plaintiff's acceptance of Defendant's Proposal for Settlement is that all claims in the present action are being resolved. Upon Defendant's payment of monies to Plaintiff, Plaintiff will dismiss the present action with prejudice. As such, good cause exists to

obviate the need to expend time and resources preparing a Joint Status Report, and Plaintiff therefore respectfully requests that the court enter an order relieving the parties from the requirement to do so.

WHEREFORE, Plaintiff REYNOLD F. DEEB respectfully requests the entry of an order relieving the parties from the requirement to file a Joint Status Report set forth in DE 121 and for any further relief the court deems just and proper.

Respectfully submitted,

**DAY PITNEY, LLP**
One Clearlake Centre, Suite 1504
250 Australian Avenue, South
West Palm Beach, Florida 33401-5016
Telephone: (561) 803-3500
Facsimile: (561) 820-1608

By: /s/ *Adam M. Myron*
ADAM M. MYRON
Florida Bar No.: 895121
amyron@daypitney.com
GARY S. BETENSKY
Florida Bar No.: 0434302
gbetensky@richmangreer.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served on the following counsel of record on September 13, 2019 via transmission of Notices of Electronic Filing generated by CM/ECF: Jason E. Bloch, Esq., 3501 W. Glencoe Street, Miami, FL 33133, jebloch@att.net, Defendant's counsel of record.

/s/ *Adam M. Myron*
Adam M. Myron, Esq.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues and that said parties or non-parties AGREE to the relief sought herein.

/s/ *Adam M. Myron*
Adam M. Myron, Esq.

103653257.1